**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated, | Case 1:24-cv-01401-JGLC |
| Plaintiff, | NOTICE OF MOTION FOR DEFAULT JUDGMENT |
| v. | |
| Vapor Boss, LLC, | |
| Defendant. | |

---------------------------------------x

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, ANDREW TORO, hereby move, at a date and time to be set by the Court, before the Honorable Judge Jessica G. L. Clarke at the Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 11B, New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the accompanying Memorandum of Law in Support of the Motion for Default Judgment, Affirmation in Support of the Motion for Default Judgment, and the accompanying Exhibits.

Dated: August 14, 2024

Hicksville, New York

                                                   **MARS KHAIMOV LAW, PLLC**

                                                   By: */s/ Mars Khaimov*
                                                   Mars Khaimov, Esq.
                                                   mars@khaimovlaw.com
                                                   100 Duffy Ave., Suite 510
                                                   Hicksville, New York 11801
                                                   Tel: (929) 324-0717
                                                   *Attorneys for Plaintiff*