UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW TORO,

                Plaintiff,

-against-

VAPOR BOSS, LLC,

                Defendant.

24-CV-1401 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On August 14, 204, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 14.

On August 15, 2024, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than August 30, 2024 as to why an order should not be issued granting a default judgment against Defendant. ECF No. 18. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Lehrburger for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: November 14, 2024
       New York, New York

                                                         *Jessica Clarke*
                                                     JESSICA G. L. CLARKE
                                                   United States District Judge