**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AMDREW TORO on behalf of himself
and all others similarly situated,

                Plaintiffs,
-against-

VAPOR BOSS, LLC,

                Defendant.

Case No. 1:24-CV-1401

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant VAPOR BOSS, LLC, shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             December 19, 2024

                                    Respectfully submitted,

                                    /s/ *Mars Khaimov*

                                    Mars Khaimov, Esq.
                                    Mars Khaimov Law, PLLC
                                    100 Duffy Ave., Suite 510
                                    Hicksville, NY 11801
                                    mars@khaimovlaw.com